| | |
|---|---|
| JOSHUA L. KAUL<br>Attorney General of Wisconsin<br><br>/s/ Gabe Johnson-Karp<br>GABE JOHNSON-KARP*<br>Assistant Attorney General<br>Wisconsin Department of Justice<br>Post Office Box 7857<br>Madison, WI 53707<br>Telephone: (608) 267-8904<br>Fax: (608) 267-2223<br>Email: johnsonkarpg@doj.state.wi.us<br><br>*Attorneys for Plaintiff State of Wisconsin* | JAMES E. JOHNSON<br>Corporation Counsel<br>for the City of New York<br><br>/s/ Antonia Pereira<br>ANTONIA PEREIRA*<br>Assistant Corporation Counsel<br>New York City Law Department<br>Environmental Law Division<br>100 Church Street, Room 6-140<br>New York, New York 10007<br>Telephone: (212) 356-2309<br>Email: anpereir@law.nyc.gov<br><br>*Attorneys for Plaintiff City of New York* |

AARON D. FORD
Attorney General of Nevada

/s/ Tori Nicole Sundheim
TORI N. SUNDHEIM (State Bar No. 294559)
Deputy Attorney General
Office of the Nevada Attorney General
100 N. Carson Street
Carson City, NV, 89701
Telephone: (775) 684-1219
Email: Tsundheim@ag.nv.gov

*Attorneys for Plaintiff State of Nevada*


*\*Application for admission pro hac vice forthcoming*

Complaint for Declaratory and Injunctive Relief